Matter of Attorneys in Violation of Judiciary Law § 468-a (Sossner) (2023 NY Slip Op 05576)

Matter of Attorneys in Violation of Judiciary Law § 468-a (Sossner)

2023 NY Slip Op 05576

Decided on November 2, 2023

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:November 2, 2023

PM-252-23
[*1]In the Matter of Attorneys in Violation of Judiciary Law § 468-a. Attorney Grievance Committee for the Third Judicial Department, Petitioner; Edward Marc Sossner, Respondent. (Attorney Registration No. 2560266.)

Calendar Date:September 5, 2023

Before:Clark, J.P., Aarons, Pritzker, Reynolds Fitzgerald and McShan, JJ., concur. 

Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.
LaMarche Safranko Law, PLLC, Albany (Andrew R. Safranko of counsel), for respondent.

Respondent moves for his reinstatement to the practice of law following his suspension by September 2022 order of this Court (Matter of Attorneys in Violation of Judiciary Law § 468-a, 208 AD3d 1421, 1442 [3d Dept 2022]; see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.16; Rules of App Div, 3d Dept [22 NYCRR] § 806.16). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) opposes the motion and respondent has been heard in reply.
Upon reading respondent's motion papers, supplemental filing of September 11, 2023 and the responsive correspondence by AGC dated August 31, 2023, we find that respondent has satisfactorily met the requirements for reinstatement (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.16 [a]); Matter of Attorneys in Violation of Judiciary Law § 468-a [Stone], 195 AD3d 1226, 1227-1228 [3d Dept 2021]).[FN1] Accordingly, we grant respondent's motion for reinstatement.
ORDERED that respondent's motion for reinstatement is granted; and it is further
ORDERED that respondent is reinstated as an attorney and counselor-at-law, effective immediately.
Clark, J.P., Aarons, Pritzker, Reynolds Fitzgerald and McShan, JJ., concur.

Footnotes

Footnote 1: The Court declines to weigh in on the allegations made within AGC's opposition papers in the context of this application.